IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

       Plaintiff,           No. 2:09-cv-0280 FCD KJN P

   vs.

CARRERA, et al.,

       Defendants.
                           /

ERNEST MILLER,

       Plaintiff,           No. 2:09-cv-0917 JAM KJN P

   vs.

ROCHE,

       Defendant.
                           /

ERNEST MILLER,

       Plaintiff,           No. 2:09-cv-3427 MCE KJN P

   vs.

JENESKY, et al.,

       Defendants.
                           /

////

| | | |
|---|---|---|
| 1 | ERNEST MILLER, | |
| 2 |         Plaintiff, | No. 2:09-cv-3598 LKK KJN P |
| 3 | vs. | |
| 4 | WILLIAMS, et al., | |
| 5 |         Defendants. | |
| 6 |                                 / | FINDINGS AND RECOMMENDATIONS |

       In each of these cases,[1] plaintiff Ernest Miller, a state prisoner proceeding without counsel, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. By orders filed April 28, 2010, May 13, 2010, April 29, 2010, and May 5, 2010, plaintiff was directed to pay in full the $350.00 filing fee in each of the above cases, within twenty-one days. Plaintiff was also cautioned that failure to do so would result in a recommendation that each action be dismissed. The twenty-one day period has now expired, and plaintiff has not responded to the court's order, and has not paid the full filing fee in any of the above cases. Accordingly, IT IS HEREBY RECOMMENDED that each action be dismissed without prejudice.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

////
////
////
////

---

[1] Each of these cases is referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Local General Order No. 262, and E.D. Cal. L.R. ("Local Rule") 302. Each case was reassigned to the undersigned on February 9, 2010.

1  within the specified time may waive the right to appeal the District Court's order. Martinez v.

2  Ylst, 951 F.2d 1153 (9th Cir. 1991).

3  DATED: June 8, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

8  miller.fpf